UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOHN ROBERTS and JOANNE REID, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action No. 13-cv-11142-IT |
| | * | |
| U.S. BANK, NATIONAL ASSOCIATION, et al., | * | |
| | * | |
| | * | |
| Defendants. | * | |

## ORDER

July 11, 2014

TALWANI, D.J.

After reviewing the June 19, 2014 Report and Recommendation [#45] of Magistrate Judge Bowler and Defendants' Opposition [#46], this court hereby ACCEPTS and ADOPTS the Report and Recommendation. For the reasons set forth in the Report and Recommendation, this court hereby orders that:

1. Plaintiffs' Motion to Compel Discovery Responses [#31] is ALLOWED as to the first category of documents, "documents responsive to request 14 and more complete answers to interrogatories 13 and 14."[1]

2. Defendants are ordered to "produce unredacted copies of the withheld documents in response to document request 20 as well as in response to document requests 11 through 57 dated after December 21, 2011, and logged as 'foreclosure sale' or 'foreclosure litigation'"[2] for in camera review by Magistrate Judge Bowler. Magistrate

---

[1] Report & Recommendation, 6 [#45].

[2] Id. at 11.

Judge Bowler "will issue a recommendation for the documents withheld in the second and third categories after conducting in camera review."[3]

IT IS SO ORDERED.

Date: July 11, 2014                                         /s/ Indira Talwani
                                                            United States District Judge

---

[3] Id.